**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOWARD WILLIAMS, JR. , | No. 1:25-cv-01420 JLT EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| FBI, *et al.*, | (Doc. 24) |
| Defendants. | |

Howard Williams, Jr. is proceeding pro se and in forma pauperis in this civil action. (Docs 2, 4.) Plaintiff filed the Complaint commencing this action on October 24, 2025. (Doc. 1.) Plaintiff filed a First Amended Complaint on January 22, 2026. (Doc. 17.) Plaintiff filed a second amended complaint on April 14, 2026. (Doc. 23.)

On April 20, 2026, the magistrate judge issued findings and recommendations that recommended this action be dismissed without leave to amend for failure to state a cognizable claim upon which relief may be granted. (Doc. 24.) Plaintiff filed timely objections on April 23, 2026. (Doc. 25.)

According to 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including the objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Thus, the Court ORDERS:

1

1. The findings and recommendations issued on April 20, 2026, (Doc. 24), are **ADOPTED**.

2. This action is **DISMISSED** without leave to amend for failure to state a cognizable claim upon which relief may granted.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 15, 2026**

UNITED STATES DISTRICT JUDGE